UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: MICHAEL FAILLACE & ASSOCIATES, P.C.

ROBERTO FERMIN, ETAL

Plaintiff(s)

Index # 07 CV 7012 (PRESKA)

- against -

COMMUNITY PARKING INC., ETAL

Purchased August 6, 2007

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

LUIS AGOSTINI BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on August 17, 2007 at 11:50 AM at

1484 JEROME AVENUE
BRONX, NY10452

deponent served the within SUMMONS AND COMPLAINT, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE HENRY PITMAN, INDIVIDUAL PRACTICES OF JUDGE LORETTA A. PRESKA, * on BRONX PARKING INC. therein named,

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to ROBERT AFERMIN personally, deponent knew said corporation so served to be the corporation described in said SUMMONS AND COMPLAINT, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE HENRY PITMAN, INDIVIDUAL PRACTICES OF JUDGE LORETTA A. PRESKA, * as said Defendant and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | BROWN | BLACK | 40 | 5'6 | 180 |

MUSTACHE, BEARD

* 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL, GUIDELINES FOR ELECTRONIC CASE FILING, PROCEDURES FOR ELECTRONIC CASE FILING

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: August 20, 2007

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Comm. Expires February 10, 2010

MICHAEL SMITH
Notary Public, State of New York
No. 01SM4997428
Qualified in New York County
Comm. Expires June 8, 2010

JONATHAN GRABER
Notary Public, State of New York
No 01GR6156780
Qualified in New York County
Comm. Expires December 4, 2010

LUIS AGOSTINI
License #: 1027732
Invoice #: 446149

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY  10007 - (212) 619-0728