PRE/KAP.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/07

Craig L. Cohen (CC-9293)
The Law Office of Craig L. Cohen, LLC
20 Old Kings Highway
Weston, CT 06883
(203) 227-7972
Attorneys for BRONX CAR PARK SYSTEMS INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

ROBERTO FERMIN, FRANCISCO PENA, FAUSTO,
GONZALEZ AND LEONARDO GONZALEZ

       Plaintiffs,   07-CV-7012 (LAP)

-against-

COMMUNITY PARKING, INC., COMMUNITY   STIPULATION OF
PARKING GARAGE CORP., BRONX PARKING   DISCONTINUANCE
INC. BRONX PARKING SYSTEMS INC., EASY   WITH PREJUDICE
PARKING, EASY PARKING SYSTEMS INC. AND
MARIO PENA

       Defendants.

------------------------------------------------------------X

  WHEREAS, Roberto Fermin, Francisco Pena, Fausto Gonzalez and Leonardo Gonzalez ("Plaintiffs") attempted to serve a summons and complaint upon Defendant Bronx Parking Systems, Inc.; and

  WHEREAS, Plaintiffs erroneously served the aforesaid summons and complaint upon Bronx Car Park Systems Inc., a entity not a party to this proceeding; and

  WHEREAS Bronx Car Park Systems Inc., does not and never has operated under the name Bronx Parking Systems, Inc. or the name of any other Defendant in this proceeding; and

WHEREAS Bronx Car Park Systems Inc. is not and never has been affiliated with Bronx Parking Systems, Inc or any Defendant named in this action; and

WHEREAS Bronx Car Park Systems Inc. has never employed any of the Plaintiffs named in this action.

NOW THEREFORE, in consideration of the foregoing it is hereby stipulated and agreed by and between Plaintiffs, through their counsel and Craig L. Cohen, Esq., counsel to Bronx Car Park Systems Inc. as follows:

1. THIS ACTION, INCLUDING ALL CLAIMS THE EXTENT WHICH SUCH CLAIMS ARE OR MAY BE ASSERTED AGAINST BRONX CAR PARK SYSTEMS, INC. IS HEREBY DISCONTINUED, WITH PREJUDICE, AND WITHOUT COSTS (INCLUDING ATTORNEYS' FEES) TO PLAINTIFFS AS AGAINST BRONX CAR PARK SYSTEMS INC.

2. THIS STIPULATION WILL BE FILED WITH THE CLERK OF THE COURT BY PLAINTIFFS COUNSEL ON OR BEFORE SEPTEMBER 10, 2007.

Dated: New York, New York
August 22, 2007

The Law Office of Craig L. Cohen, LLC

By: _____

Craig L. Cohen
20 Old Kings Highway
Weston, CT 06883
(203) 227-7972
Attorney for Bronx Car Park Systems, Inc.

Michael Faillace & Associates, P.C.

By: _____

Michael Faillace
110 East 59th Street – 32nd Floor
New York, NY 10022
(212) 317-1200
Attorneys for Plaintiffs

SO ORDERED:

august 30, 2007

SO ORDERED:
Loretta A. Preska
LORETTA A. PRESKA, U.S.D.J.

_____
U.S.D.J.