UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
ROBERTO FERMIN, FRANCISCO PENA, FAUSTO
GONZALEZ, and LEONARDO GONZALEZ,
*individually and on behalf of others simiarly situated,*

                         *Plaintiffs,*

          -against-

COMMUNITY PARKING INC., COMMUNITY
PARKING GARAGE INC., BRONX PARKING INC.,
BRONX PARKING, BRONX PARKING SYSTEMS
INC., EASY PARKING, EASY PARKING SYSTEMS
INC., and MARIO PENA,

                         *Defendants.*

CONSENT TO JOIN LAWSUIT

CONSENTIMIENTO
PARA HACER
PARTE DE UNA DEMANDA

07 CV 7012 (LAP)

ECF Case

TO:    Clerk of Court, Southern District of New York
         500 Pearl Street, New York, New York 10007

I hereby consent to join this lawsuit as a party plaintiff.
(Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno de los demandantes.)

Name / Nombre: Rafael Cruz

Address / Direccion: 40 Marcy Plain Apt. 4C

Bronx, NY 10452

Phone Number / Numero de Teléfono: (646) 202-3735

Legal Representative / Abogado: Michael Faillace & Associates, P.C.

Other / Otro: N/A

Signature / Firma: x*Rafael Cruz*

Date / Fecha: September 12, 2007