MICHAEL FAILLACE & ASSOCIATES, P.C.
Michael A. Faillace, Esq. [MF-8436]
110 East 59th Street, 32nd Floor
New York, New York 10022
(212) 317-1200
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
ROBERTO FERMIN, FRANCISCO PENA, FAUSTO GONZALEZ, and LEONARDO GONZALEZ, *individually and on behalf of others simiarly situated*,

                    *Plaintiffs*,

           -against-

COMMUNITY PARKING INC., COMMUNITY PARKING GARAGE INC., BRONX PARKING INC., BRONX PARKING, BRONX PARKING SYSTEMS INC., EASY PARKING, EASY PARKING SYSTEMS INC., and MARIO PENA,

                    *Defendants*.
-------------------------------------------------------X

07 CV 7012

**DECLARATION OF SERVICE**

**1st AMENDED COMPLAINT**

ECF Case

      I, Michael A. Faillace, the undersigned, an attorney duly admitted to practice law in New York and this Court, hereby declare that on September 27, 2007, I caused to be served by United States Postal Service a copy of Plaintiffs' First Amended Complaint on the following:

Dated: September 27, 2007

                                                  _____
                                                        Michael Faillace, Esq.