MICHAEL FAILLACE & ASSOCIATES, P.C.
Michael A. Faillace, Esq. [MF-8436]
110 East 59th Street, 32nd Floor
New York, New York 10022
(212) 317-1200
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
ROBERTO FERMIN, FRANCISCO PENA,
FAUSTO GONZALEZ, and LEONARDO
GONZALEZ, *individually and on behalf of
others simiarly situated*,

                   07 CV 7012

        *Plaintiffs*,

    -against-                   **DECLARATION OF SERVICE**

COMMUNITY PARKING INC.,          **1st AMENDED COMPLAINT**
COMMUNITY PARKING GARAGE INC.,
BRONX PARKING INC., BRONX
PARKING, BRONX PARKING SYSTEMS      **ECF Case**
INC., EASY PARKING, EASY PARKING
SYSTEMS INC., and MARIO PENA,

        *Defendants*.
----------------------------------------------------------X

       I, Michael A. Faillace, the undersigned, an attorney duly admitted to practice law in New York and this Court, hereby declare that on September 27, 2007, I caused to be served by United States Postal Service a copy of Plaintiffs' First Amended Complaint on the following:

             Defendant Mario Pena
             1484 Jerome Avenue
             Bronx, NY 10452

Dated: September 27, 2007

                                           _____
                                               Michael Faillace, Esq.