*Courtesy Copy*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROBERTO FERMIN, FRANCISCO PENA,
FAUSTO GONZALEZ, and LEONARDO
GONZALEZ, individually and on behalf of
others similarly situated,

          Plaintiffs,

-against-

COMMUNITY PARKING INC.,
COMMUNITY PARKING GARAGE INC.,
BRONX PARKING INC., BRONX
PARKING, BRONX PARKING SYSTEMS
INC., EASY PARKING, EASY PARKING
SYSTEMS INC., and MARIO PENA,

          Defendants.
------------------------------------------------------------X

07 CV 7012

STIPULATION AND
[PROPOSED] ORDER

RECEIVED
NOV 1 [..] 2007
LORETTA A. PRESKA
U S DISTRICT JUDGE
S D N Y

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/07

IT IS AGREED BY AND BETWEEN counsel for Plaintiffs and Defendants, pursuant to Fed. R. Civ. P. 15(a), that the Plaintiffs may file and serve the annexed Second Amended Complaint.

IT IS FURTHER AGREED BY AND BETWEEN counsel for Plaintiffs and Defendants that Defendants shall have fourteen (14) days from the filing of the Second Amended Complaint to file an Answer to said Complaint.

DATED: New York, New York
          November 12, 2007

_____
John A. Karol [JK9899]
Michael Faillace & Associates, P.C.

110 E. 59th Street, 32nd Floor
New York, NY 10022
*Attorneys for Plaintiffs*

_____
James Murphy [JM7484]
Barnes, Iaccarino, Virginia,
Ambider, & Shepherd, PLLC

111 Broadway, Suite 1403
New York, NY 10006-1901
*Attorneys for Defendants*

SO ORDERED

_Loretta A. Preska_   November 19, 2007
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE