BARNES IACCARINO VIRGINA
AMBINDER AND SHEPHERD, PLLC
James Emmet Murphy, Esq. (JM9481)
111 Broadway, Suite 1403
New York, New York 10006
(212) 943-9080

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERTO FERMIN, FRANCISCO PENA, FAUSTO GONZALEZ, and LEONARDO GONZALEZ, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>COMMUNITY PARKING INC., COMMUNITY PARKING GARAGE INC., BRONX PARKING INC., BRONX PARKING, BRONX PARKING SYSTEMS INC., EASY PARKING, EASY PARKING SYSTEMS INC., and MARIO PENA,<br><br>Defendant. | 07 CV 7012 (LAP)<br><br>**RULE 7.1 STATEMENT**<br><br>(FILED VIA ECF) |

Pursuant to Rule 7.1 of the F.R.C.P. and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendants states that there are no parent corporations or any publicly held corporations which own 10% or more of the stock of Defendant corporations.

Dated: New York, New York
       October 29, 2007

                                BARNES IACCARINO VIRGINIA
                                AMBINDER AND SHEPHERD, PLLC

                                By:_____/s_____
                                    James Emmet Murphy (JM 9481)
                                    111 Broadway
                                    Suite 1403
                                    New York, New York 10004
                                    (212) 943-9080
                                    *Attorneys for Defendants*