# Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC
## ATTORNEYS AT LAW

ROY BARNES
RICCARDO IACCARINO
CHARLES R. VIRGINIA**
LLOYD R. AMBINDER**
WENDELL V. SHEPHERD

OF COUNSEL:

MARC A. TENENBAUM^***
ALBERT RODRIGUES
GIACCHINO RUSSO

KARIN ARROSPIDE
DANIELLE M. CARNEY
MICHAEL DESANTIS ** »
DANA L. HENKE^
SAMER E. KHALAF**+
STEVEN KERN^^
LA DONNA LUSHER
HEIDI MAHER
GILLIAN MCGOEY^^
JAMES E. MURPHY
KELLIE TERESE WALKER
JUDY S. WONG

111 BROADWAY
14TH FLOOR
NEW YORK, NEW YORK 10006
(212) 943-9080
FAX (212) 943-9082

*(Please refer all correspondence to the New York address)*

E-mail: jmurphy@bivas.net

258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-5740
Fax (914) 592-3213

3 Surrey Lane
Hempstead, New York 11550
(516) 483-2990
Fax (516) 483-0566

5 Mountain Avenue
North Plainfield, New Jersey 07060
(908) 757-2067
Fax (908) 753-2238

** Also Admitted in NJ
*** Also Admitted in OH
^ Also Admitted in DC
^^ Also Admitted in CT
+ Also Admitted in MD
» Not Admitted in NY

March 24, 2008

**VIA ECF**

The Hon. Judge Loretta A. Preska
United States District Court for the
Southern District of New York
500 Pearl St. Room 1320
New York, NY 10007

Re:   **Fermin, et al. v. Community Parking, Inc., et al.**
      **Index No.: 07 CV 7012 (LAP)**

Dear Judge Preska:

    I am writing in accordance with the Court's February 22, 2008 order, where the Court ordered Defendants to notify Plaintiffs of all documents in Defendants' possession relating to the above-referenced matter.

    To date, Defendants have produced the plaintiffs' W-2 forms to Plaintiffs' counsel. Our client, Mario Pena, has been forced to travel to the Dominican Republic to obtain medical treatment. This has delayed our ability to obtain the remaining documents.

Mr. Pena expects to complete his medical treatment and return to the United States within the next 30 days. In the interim, Defendants respectfully request a short adjournment of discovery proceedings so that further documentation and records can be obtained from the Defendants and their accountant. It is expected that no more than an additional three weeks should be required to obtain this information.

We apologize for this inconvenience, and appreciate the Court's understanding and indulgence. We can be reached at any time at 212-943-9080, and will inform both the Court and Plaintiffs' counsel immediately upon receipt of further documentation.

Very truly yours,

James Emmet Murphy, Esq.

cc: Michael Faillace, Esq.

JEM/