# V&A
## VIRGINIA & AMBINDER LLP

TRINITY CENTRE
111 BROADWAY · SUITE 1403
NEW YORK, NEW YORK 10006

LLOYD AMBINDER
DIRECT DIAL: (212) 943-9081
lambinder@vandallp.com

TELEPHONE (212) 943-9080
TELECOPIER (212) 943-9082

NEW YORK
NEW JERSEY
www.vandallp.com

January 16, 2010

**VIA ECF**

The Hon. Judge Loretta A. Preska
United States Courthouse
Southern District of New York
500 Pearl St.  Room 1320
New York, NY  10007                .

Re:     **Fermin, et al. v. Community Parking, Civ. No.: 07 CV 7012 (LAP)**

Dear Judge Preska:

     This firm represents Defendants in the above-referenced action.  I write on consent of Plaintiffs' counsel to advise you that all remaining matters arising from the settlement of this case have been resolved. Enclosed herewith is the signed Stipulation of Discontinuance.  The parties hereby consent to Your Honor closing this case.

                             Respectfully submitted,


                             Lloyd Ambinder

C: Michael Faillace, Esq. (for Plaintiffs)